IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL T. GIBBS, JR. | ) |
| | ) |
| v. | ) NO. 3-13-0350 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 125), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendant Jordan (Docket No.111) and the Motion for Summary Judgment filed by Defendants Pritchard, Casey, Jones, Lineberry, Payne, Bass and Staggs (Docket No. 120) are GRANTED, and this action is DISMISSED with prejudice, except Plaintiff's claims against the John Doe Defendants are DISMISSED without prejudice.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for November 7, 2014, and the jury trial set for November 18, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE